AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

21 U.S.C. § 846; 21 U.S.C. § 841(a)(1); 18 U.S.C. § 924(c); 18 U.S.C. § 922(g)(1); 18 U.S.C. § 2

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY: Please see attachment.

DEFENDANT - U.S.

▶ PARIS MOFFETT

DISTRICT COURT NUMBER

CR 08 0200

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges   ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of institution
Marin County

Has detainer been filed?  ☐ Yes  ☑ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM: Joseph P. Russoniello
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): DREW CAPUTO

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# PENALTY SHEET ATTACHMENT:
# PARIS MOFFETT

**Count 1**
21 U.S.C. §§ 846, 841(b)(1)(A)(iii) - Conspiracy to possess with intent to distribute crack cocaine (50 grams or more) and MDMA

At least 20 years to life imprisonment; at least 10 years to life supervised release; up to $8 million fine; $100 special assessment

**Count 2**
21 U.S.C. § 841(a)(1), (b)(1)(A)(iii); 18 U.S.C. § 2 – Possession With Intent to Distribute Crack Cocaine; Aiding and Abetting

At least 20 years to life imprisonment; at least 10 years to life supervised release; up to $8 million fine; $100 special assessment

**Count 3**
21 U.S.C. § 841(a)(1); 18 U.S.C. § 2 – Possession With Intent to Distribute MDMA; Aiding and Abetting

Up to 30 years imprisonment; at least 6 years to life supervised release; up to $2 million fine; $100 special assessment

**Count 4**
18 U.S.C. §§ 924(c), 2 – Possession of Firearm in Furtherance of Drug Trafficking Crime; Aiding and Abetting

At least 5 years imprisonment, to run consecutive to any other term of imprisonment; up to 5 years supervised release; up to $250,000 fine; $100 special assessment

**Count 5**
18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

Up to 10 years imprisonment; up to 3 years supervised release; up to $250,000 fine; $100 special assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

---OFFENSE CHARGED---

21 U.S.C. § 846; 21 U.S.C. § 841(a)(1); 18 U.S.C. § 924(c); 18 U.S.C. § 2

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
Please see attachment.

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

---DEFENDANT - U.S.---

▶ DELICIA MITCHELL

DISTRICT COURT NUMBER

---

---PROCEEDING---

Name of Complaintant Agency, or Person (&Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   Joseph P. Russoniello
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   DREW CAPUTO

---DEFENDANT---

**IS *NOT* IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges     } ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No    } If "Yes" give date filed

DATE OF ARREST ▶     Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## DELICIA MITCHELL

**Count 1**
21 U.S.C. §§ 846, 841(b)(1)(A)(iii) - Conspiracy to possess with intent to distribute crack cocaine (50 grams or more) and MDMA

At least 10 years to life imprisonment; at least 5 years to life supervised release; up to $4 million fine; $100 special assessment

**Count 2**
21 U.S.C. § 841(a)(1), (b)(1)(A)(iii); 18 U.S.C. § 2 – Possession With Intent to Distribute Crack Cocaine; Aiding and Abetting

At least 10 years to life imprisonment; at least 5 years to life supervised release; up to $4 million fine; $100 special assessment

**Count 3**
21 U.S.C. § 841(a)(1); 18 U.S.C. § 2 – Possession With Intent to Distribute MDMA; Aiding and Abetting

Up to 20 years imprisonment; at least 3 years to life supervised release; up to $1 million fine; $100 special assessment

**Count 4**
18 U.S.C. §§ 924(c), 2 – Possession of Firearm in Furtherance of Drug Trafficking Crime; Aiding and Abetting

At least 5 years imprisonment, to run consecutive to any other term of imprisonment; up to 5 years supervised release; up to $250,000 fine; $100 special assessment

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO



CR 08 0200

UNITED STATES OF AMERICA,

V.

PARIS MOFFETT and
DELICIA MITCHELL

DEFENDANT(S).

---

## INDICTMENT

21 USC § 846 - Conspiracy to Possess With Intent to Distribute Crack Cocaine and MDMA; 21 USC § 841(a)(1), (b)(1)(A) - Possession with Intent to Distribute Crack Cocaine; 21 USC § 841(a)(1) - Possession with Intent to Distribute MDMA; 18 USC § 924(c) - Possession of Firearm in Furtherance of Drug Trafficking Crime; 18 USC § 922(g)(1) - Felon in Possession of a Firearm; 18 USC § 2 - Aiding and Abetting

A true bill.    *INDICT*

_____
                    Foreman

Filed in open court this __27__ day of _MARCH_
                                        2008

_____
JOSEPH C. SPERO   KAREN L. Clerk
UNITED STATES MAGISTRATE JUDGE

Bail, $ _no bail arrest warrants for both defendants_

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) | VIOLATIONS: 21 U.S.C. § 846 – Conspiracy to Possess With Intent to Distribute Crack Cocaine and MDMA; 21 U.S.C. § 841(a)(1), (b)(1)(A) – Possession with Intent to Distribute Crack Cocaine; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute MDMA; 18 U.S.C. § 924(c) – Possession of Firearm in Furtherance of Drug Trafficking Crime; 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 18 U.S.C. § 2 – Aiding and Abetting |
| v. | ) | |
| PARIS MOFFETT and DELICIA MITCHELL, | ) | |
| Defendants. | ) | |

SAN FRANCISCO VENUE

INDICTMENT

The Grand Jury charges:

COUNT ONE:     (21 U.S.C. §§ 846, 841(b)(1)(A)(iii) – Conspiracy)

Beginning on a date unknown and ending on or about November 28, 2007, in the Northern District of California, the defendants

PARIS MOFFETT
DELICIA MITCHELL

1  did knowingly and intentionally conspire to possess with intent to distribute a Schedule II
2  controlled substance (to wit: 50 grams or more of crack cocaine, a mixture and substance which
3  contained cocaine base) and a Schedule I controlled substance (to wit: 3,4-
4  methylenedioxymethamphetamine ("MDMA" or "Ecstasy")), in violation of Title 21, United
5  States Code, Sections 846, 841(b)(1)(A)(iii)

6  COUNT TWO:    (21 U.S.C. § 841(a)(1), (b)(1)(A)(iii); 18 U.S.C. § 2 – Possession With Intent to Distribute Crack Cocaine; Aiding and Abetting)
7
8      On or about November 28, 2007, in the Northern District of California, the defendants

            PARIS MOFFETT
9           DELICIA MITCHELL

10 aided and abetted each by the other, did knowingly and intentionally possess with intent to
11 distribute a Schedule II controlled substance, to wit: 50 grams or more of crack cocaine, a
12 mixture and substance which contained cocaine base, in violation of Title 21, United States
13 Code, Section 841(a)(1), (b)(1)(A), and Title 18, United States Code, Section 2.

14 COUNT THREE:   (21 U.S.C. § 841(a)(1); 18 U.S.C. § 2 – Possession With Intent to Distribute MDMA; Aiding and Abetting)
15
16     On or about November 28, 2007, in the Northern District of California, the defendants

            PARIS MOFFETT
17          DELICIA MITCHELL

18 aided and abetted each by the other, did knowingly and intentionally possess with intent to
19 distribute a Schedule I controlled substance, to wit: 3,4-methylenedioxymethamphetamine
20 ("MDMA" or "Ecstasy"), in violation of Title 21, United States Code, Section 841(a)(1), and
21 Title 18, United States Code, Section 2.

22 COUNT FOUR:    (18 U.S.C. §§ 924(c), 2 – Possession of Firearm in Furtherance of Drug Trafficking Crime; Aiding and Abetting)
23
24     On or about November 28, 2007, in the Northern District of California, the defendants

            PARIS MOFFETT
25          DELICIA MITCHELL

26 aided and abetted each by the other, did knowingly possess, in furtherance of the drug trafficking
27 crimes alleged in Counts One and Two of this Indictment, a firearm, specifically a Colt .45
28 caliber semi-automatic pistol with serial number CLW025822, in violation of Title 18, United

1  States Code, Sections 924(c) and 2.

2  <u>COUNT FIVE</u>:     (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

3      On or about November 28, 2007, in the Northern District of California, the defendant

4  <center>PARIS MOFFETT</center>

5  having previously been convicted of a crime punishable by a term of imprisonment exceeding

6  one year, did knowingly possess in and affecting interstate commerce a firearm, specifically a

7  Colt .45 caliber semi-automatic pistol with serial number CLW025822, in violation of

8  Title 18, United States Code, Section 922(g)(1).

10  DATED: 3-27-08     A TRUE BILL.

12                                      FOREPERSON

14  JOSEPH P. RUSSONIELLO
    United States Attorney

16  BRIAN J. STRETCH
17  Chief, Criminal Division

19  (Approved as to form: _Andrew Caputo_ )
                                AUSA Caputo