1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ANDREW P. CAPUTO (CSBN 203655)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7004
7  Facsimile:  (415) 436-7234
   Email: andrew.caputo@usdoj.gov
8
   Attorneys for Plaintiff
9



FILED
MAR 27 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                   SAN FRANCISCO DIVISION

14  UNITED STATES OF AMERICA,           )   No.
                                         )
15         Plaintiff,                    )   UNITED STATES' MOTION TO SEAL
                                         )   INDICTMENT AND [PROPOSED]
16     v.                                )   ORDER                     MMC
                                         )
17  PARIS MOFFETT and DELICIA            )   (UNDER SEAL)
    MITCHELL,                            )
18                                       )
           Defendants.                   )
19  _____)

21      The government hereby moves the Court for an order sealing the indictment, this motion,

22  and the Court's sealing order until execution of the arrest warrant for defendant Delicia Mitchell

23  or until further order of the Court, whichever occurs first. While defendant Paris Moffett is

24  currently in state custody, Mitchell is currently out of custody. The United States is concerned

25  that Mitchell may present a flight risk if she learns of the indictment before she is arrested and

26  brought before the Court for her initial appearance. The United States has drafted the proposed

27  sealing order below to provide that it is automatically lifted once the arrest warrant for Mitchell

28  is executed, since the rationale for the sealing order would disappear at that point. If Moffett

1



1  makes his initial appearance before Mitchell is arrested, the United States intends to move to lift
2  the sealing order at Moffett's initial appearance.
3
4  DATED: March 27, 2008                      Respectfully submitted,
5                                             JOSEPH P. RUSSONIELLO
                                               United States Attorney
6
7                                             _____
                                               ANDREW P. CAPUTO
8                                              Assistant United States Attorney
9
10
11
                              **[PROPOSED] ORDER**
12
       Based upon the motion of the government and for good cause shown, IT IS HEREBY
13
   ORDERED that the indictment, this motion, and this sealing order shall be sealed until execution
14
   of the arrest warrant for defendant Delicia Mitchell or until further order of the Court, whichever
15
   occurs first.  This sealing order shall not prevent the Clerk from providing copies of the
16
   aforementioned documents to the United States upon request of an attorney for the United States.
17
18  DATED: March 27, 2008
19                                             _____
                                               JOSEPH C. SPERO
                                               United States Magistrate Judge
20
21
22
23
24
25
26
27
28

2