1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WILLIAM FRENTZEN (LABN 24421)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6959
7      FAX: (415) 436-7234
       E-mail: william.frentzen@usdoj.gov
8
   Attorneys for Plaintiff

**FILED**
APR X 3 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00200 MMC |
| Plaintiff, | NOTICE OF ADDITIONAL COUNSEL |
| v. | |
| PARIS MOFFETT, ET. AL., | |
| Defendants. | |

The United States Attorney's Office hereby files this Notice of Additional Counsel to advise the court that Assistant United States Attorney ("AUSA") William Frentzen has been added and assigned to this case. Future ECF notices and court notices should also include AUSA Frentzen at the email address of william.frentzen@usdoj.gov.

DATED: April 2, 2008                Respectfully submitted,

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

                                    _____
                                    WILLIAM FRENTZEN
                                    Assistant United States Attorney

NOTICE OF ADDITIONAL COUNSEL, CR 08-00200 MMC