UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: APR 16 2008           E-filing

Case No. CR-08-0200 MMC          JUDGE:   Maxine M. Chesney
Paris Moffett (cust)
Delicia Mitchell                 Present (✓) Not Present ( ) In Custody (✓)
DEFENDANT

                                 Randall Knox
William Frentzen / Drew Caputo   Brendan Conroy
U.S. ATTORNEY                    ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO       Reporter: Belle Ball

**PROCEEDINGS**

REASON FOR HEARING  Initial Status Conference.

RESULT OF HEARING  Govt has provided discovery & will be providing additional discovery materials to ∆'s counsel.

Case continued to  6/4/08 @ 2:30  for Further Status.
Case continued to _____ for Motions.
          (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel Begins APR 16 2008 Ends 6/4/08