1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ANDREW P. CAPUTO (CABN 203655)
   WILLIAM C. FRENTZEN (LABN 24421)
5  Assistant United States Attorney

6    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
7    Telephone: (415) 436-7004
     Facsimile: (415) 436-7234
8    Email: andrew.caputo@usdoj.gov
     Email: william.frentzen@usdoj.gov
9
   Attorneys for Plaintiff
10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,        )      No. CR 08-0200 MMC
15                                   )
          Plaintiff,                 )      STIPULATION REQUESTING
16                                   )      CONTINUANCE OF STATUS HEARING
       v.                            )      AND EXCLUSION OF TIME FROM
17                                   )      SPEEDY TRIAL ACT CALCULATION,
   PARIS MOFFETT and DELICIA         )      AND [PROPOSED] ORDER
18 MITCHELL,                         )
                                     )
19        Defendants.                )
                                     )
20 _____)

21        The United States and defendants Paris Moffett and Delicia Mitchell hereby stipulate as

22 follows:

23        1.    This matter is currently scheduled for a status conference on June 4, 2008.

24        2.    Counsel for defendants are currently reviewing discovery materials that have been

25 provided to them by the government.  They have requested additional material from the

26 government, and the government is in the process of responding to these requests.

27        3.    The parties request that the Court vacate the June 4 status conference and re-set it

28 for July 16.  In addition to allowing time for reviewing discovery, doing so would allow counsel

   STIPULATION AND [PROPOSED] ORDER
   CR 08-0200 MMC

1  for the defendants time to consult with their clients about potential dispositions of this case.

2  　　　4.　　The Court previously has ordered an exclusion of time under the Speedy Trial Act

3  until June 4, 2008.  Should the Court grant the requested continuance of the status conference

4  until July 16, the parties agree that the time between June 4 and July 16 is properly excluded

5  from calculation under the Speedy Trial Act.  Failure to grant the requested continuance would

6  unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

7  into account the exercise of due diligence, in this case.  As described above, defendant's counsel

8  are currently reviewing discovery and consulting with their clients about potential dispositions of

9  this case.  Accordingly, the parties respectfully believe that the ends of justice served by

10  excluding the period from June 4, 2008, to July 16, 2008, outweigh the best interest of the public

11  and the defendants in a speedy trial.

12  　　　5.　　For the reasons above, the parties respectfully request that Court continue the

13  pending status conference to July 26 and order that the period from June 4, 2008, to July 16,

14  2008, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) &

15  (B)(iv).

16  　　　IT IS SO STIPULATED.

17

18  DATED:　　　June 2, 2008　　　　　　　　　　_____/s/_____
19  　　　　　　　　　　　　　　　　　　　　　RANDALL G. KNOX
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Paris Moffett

20

21  DATED:　　　June 2, 2008　　　　　　　　　　_____/s/_____
22  　　　　　　　　　　　　　　　　　　　　　BRENDAN CONROY
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Delicia Mitchell

23

24  DATED:　　　June 2, 2008　　　　　　　　　　_____/s/_____
25  　　　　　　　　　　　　　　　　　　　　　ANDREW P. CAPUTO
　　　　　　　　　　　　　　　　　　　　　　Attorney for the United States

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 08-0200 MMC　　　　　　　　　　2

1

**[PROPOSED] ORDER**

2      In accordance with the stipulation of the parties, the status conference scheduled for June

3  4, 2008, is continued to July 16, 2008, at 2:30 p.m.  In accordance with paragraph 4 of the

4  stipulation, the Courts finds that the period from June 4, 2008, through July 16, 2008, is properly

5  excluded in computing the time within which trial must commence under the Speedy Trial Act,

6  pursuant to 18 U.S.C. § 3161(h)(1)(F).

7      IT IS SO ORDERED.

8

9  DATED:      June __, 2008                              _____
                                                         HONORABLE MAXINE M. CHESNEY
10                                                       United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 08-0200 MMC                              3