JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CABN 203655)
WILLIAM C. FRENTZEN (LABN 24421)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7004
   Facsimile: (415) 436-7234
   Email: andrew.caputo@usdoj.gov
   Email: william.frentzen@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0200 MMC |
|     Plaintiff, | STIPULATION REQUESTING CONTINUANCE OF STATUS HEARING AND EXCLUSION OF TIME FROM SPEEDY TRIAL ACT CALCULATION, AND [PROPOSED] ORDER |
| v. | |
| PARIS MOFFETT and DELICIA MITCHELL, | |
|     Defendants. | |

The United States and defendants Paris Moffett and Delicia Mitchell hereby stipulate as follows:

1. This matter is currently scheduled for a status conference on July 16, 2008.

2. The parties have been engaged in discussions about a potential resolution of this case. They believe that they can determine within the next three weeks whether the case will resolve. Accordingly the parties respectfully request that the Court continue the currently scheduled status conference for three weeks, until August 6, 2008.

3. If the Court grants this request for continuance, the parties would expect that one

STIPULATION AND [PROPOSED] ORDER
CR 08-0200 MMC

1  of two things would occur on August 6.  If the parties are able to agree to a resolution of the
2  case, defendants would anticipate changing their pleas on August 6.  Alternatively, if the parties
3  are not able to agree to a resolution, the parties anticipate asking the Court to set a briefing
4  schedule on one or more motions to be filed by the defendants.

5        4.      The Court previously has ordered exclusions of time under the Speedy Trial Act
6  through July 16, 2008.  Should the Court grant the requested continuance of the status
7  conference until August 6, the parties agree that the time between July 16 and August 6 is
8  properly excluded from calculation under the Speedy Trial Act.  Failure to grant the requested
9  continuance would unreasonably deny defense counsel reasonable time necessary for effective
10 preparation, taking into account the exercise of due diligence, in this case.  Defendant's counsel
11 are currently reviewing discovery and consulting with their clients about potential dispositions of
12 this case.  Accordingly, the parties respectfully believe that the ends of justice served by
13 excluding the period from July 16, 2008, to August 6, 2008, outweigh the best interest of the
14 public and the defendants in a speedy trial.

15       5.      For the reasons above, the parties respectfully request that Court continue the
16 pending status conference to August 6 and order that the period from July 16, 2008, to August 6,
17 2008, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) &
18 (B)(iv).

19       IT IS SO STIPULATED.

21 DATED:    July 15, 2008                    _____/s/_____
                                              RANDALL G. KNOX
22                                            Attorney for Defendant Paris Moffett

24 DATED:    July 15, 2008                    _____/s/_____
                                              BRENDAN CONROY
25                                            Attorney for Defendant Delicia Mitchell

27 DATED:    July 15, 2008                    _____/s/_____
                                              ANDREW P. CAPUTO
28                                            Attorney for the United States

STIPULATION AND [PROPOSED] ORDER
CR 08-0200 MMC                              2

**[PROPOSED] ORDER**

In accordance with the stipulation of the parties, the status conference scheduled for July 16, 2008, is continued to August 6, 2008, at 2:30 p.m. In accordance with paragraph 4 of the stipulation, the Courts finds that the period from July 16, 2008, to August 6, 2008, is properly excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(F).

IT IS SO ORDERED.

DATED: July __, 2008

_____
HONORABLE MAXINE M. CHESNEY
United States District Judge