UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

CRIMINAL PRETRIAL MINUTES

Date: **JUL 1 6 2008**

Case No. CR-08-0200 MMC
PARIS MOFFETT (CUST)
DELICIA MITCHELL
DEFENDANT

JUDGE: Maxine M. Chesney

Present (✓) Not Present ( ) In Custody (✓)

DREW CAPUTO
U.S. ATTORNEY

RANDALL KNOX
(; specially for BRENDAN CONROY)
ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO

Reporter: JOAN COLUMBINI

## PROCEEDINGS

REASON FOR HEARING   Further Status Conference

RESULT OF HEARING   Matter continued by request of counsel.
Δ Moffett expressed desire for change of counsel.

Case continued to   8/20/08 @ 2:30   for Further Status.
Case continued to _____ for Motions.
         (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to   8/20/08 @ 2:30   for Δ Moffett's motion for Change of Counsel

EXCLUDABLE DELAY (Category) Preparation/Continuity of Counsel  Begins _____ Ends 8/20/08

(15 min)