1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2

3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division

4   ANDREW P. CAPUTO (CABN 203655)
    WILLIAM C. FRENTZEN (LABN 24421)

5   Assistant United States Attorney

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102

7       Telephone: (415) 436-7004
        Facsimile: (415) 436-7234

8       Email: andrew.caputo@usdoj.gov
        Email: william.frentzen@usdoj.gov

9

    Attorneys for Plaintiff

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14

    UNITED STATES OF AMERICA,        )    No. CR 08-0200 MMC
15                                    )
            Plaintiff,                )    STIPULATION REQUESTING
16                                    )    CONTINUANCE OF STATUS HEARING
        v.                            )    AND EXCLUSION OF TIME FROM
17                                    )    SPEEDY TRIAL ACT CALCULATION,
    PARIS MOFFETT and DELICIA         )    AND [PROPOSED] ORDER
18  MITCHELL,                         )
                                      )
19          Defendants.               )
                                      )
20

21          The United States and defendants Paris Moffett and Delicia Mitchell hereby stipulate as

22  follows:

23          1.      This matter is currently scheduled for a status conference on August 20, 2008.

24          2.      Since the most recent status conference, the parties have reached verbal agreement

25  on a resolution of this case as to both defendants.  They are in the process of reducing that

26  agreement to writing for review and final approval by the parties.  Accordingly, the parties

27  respectfully request that the Court vacate the August 20 status conference and set the case for a

28  change-of-plea hearing on September 10, 2008.

    STIPULATION AND [PROPOSED] ORDER
    CR 08-0200 MMC

1    3.    Should the Court grant the continuance requested above, the parties agree that the

2    time between August 20 and September 10 is properly excluded from calculation under the

3    Speedy Trial Act.  In light of the need for defense counsel to consult with their clients about the

4    text of draft plea agreements that currently are in preparation, failure to grant the requested

5    continuance would unreasonably deny defense counsel reasonable time necessary for effective

6    preparation, taking into account the exercise of due diligence, in this case.  Accordingly, the

7    parties respectfully believe that the ends of justice served by excluding the period from August

8    20, 2008, to September 10, 2008, outweigh the best interest of the public and the defendants in a

9    speedy trial.

10    4.    For the reasons above, the parties respectfully request that Court vacate the

11    August 20 status conference, set the case for change of plea on September 10, and order that the

12    period from August 20, 2008, to September 10, 2008, be excluded from Speedy Trial Act

13    calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

14    IT IS SO STIPULATED.

15

16    DATED:    August 18, 2008                           /s/
                                            RANDALL G. KNOX
17                                          Attorney for Defendant Paris Moffett

18

19    DATED:    August 18, 2008                           /s/
                                            BRENDAN CONROY
20                                          Attorney for Defendant Delicia Mitchell

21

22    DATED:    August 18, 2008                           /s/
                                            ANDREW P. CAPUTO
23                                          Attorney for the United States

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 08-0200 MMC                                  2

1

**[PROPOSED] ORDER**

2          In accordance with the stipulation of the parties, the status conference scheduled for

3   August 20, 2008, is hereby vacated.  The Court will hold a change-of-plea hearing in this case on

4   September 10, 2008, at 2:30 p.m.  In accordance with paragraph 3 of the parties' stipulation, the

5   Courts finds that the period from August 20, 2008, to September 10, 2008, is properly excluded

6   in computing the time within which trial must commence under the Speedy Trial Act, pursuant to

7   18 U.S.C. § 3161(h)(1)(F).

8          IT IS SO ORDERED.

9

10  DATED:       August __, 2008

    _____
11                                          HONORABLE MAXINE M. CHESNEY
                                            United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 08-0200 MMC                                    3