1  BRENDAN CONROY Bar No. 114726
   Attorney at Law
2  255 Kansas St. Ste. 340
   San Francisco CA 94103
3  415-565-9600

4  Attorney for Defendant
   DELICIA MITCHELL
5

6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8
                       SAN FRANCISCO DIVISION
9
   UNITED STATES OF AMERICA,            NO. CR 08-0200-2 MMC
10
              Plaintiff,                **STIPULATION AND ~~[PROPOSED]~~**
11                                      **ORDER CONTINUING SENTENCING**
         v.
12
   DELICIA MITCHELL,
13
              Defendant.
14 _____/

15       Defendant DELICIA MITCHELL and the United States hereby
16 stipulate that the sentencing date in this matter now scheduled for
17 January 14, 2009 at 2:30 p.m. may be continued to March 25, 2009 at
18 2:30 p.m.
19       The continuance is requested because Ms. Mitchell, United
20 States Probation, and counsel for Mitchell have been unable to meet.
21 The parties have not met because the San Jose based probation
22 officer was unavailable in parts of November and December due to her
23 training schedule, and counsel for Ms. Mitchell has been in trial
24 since October 30, 2008 in a matter that is not scheduled to conclude
25 until January 30, 2009.
26
27
28                                 1

1  Date_____

2

3  _/S/_____
   BRENDAN CONROY
   Attorney for Defendant
4  DELICIA MITCHELL

5

6  _/S/_____
   ANDREW CAPUTO
7  Assistant United States Attorney

8

9

10      GOOD CAUSE APPEARING, the sentencing in this matter that is
11 currently set for  January 14, 2009 at 2:30 p.m. is continued to
12 March 25, 2009 at 2:30 p.m..
13 Date_December 16, 2008___

14

15 _____
16 HON. MAXINE M. CHESNEY
   U.S. District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

2