1 BRENDAN CONROY Bar No. 114726
Attorney at Law
2 255 Kansas St. Ste. 340
San Francisco CA 94103
3 415-565-9600

4 Attorney for Defendant
DELICIA MITCHELL

5

6

UNITED STATES DISTRICT COURT
7
NORTHERN DISTRICT OF CALIFORNIA
8
SAN FRANCISCO DIVISION
9
UNITED STATES OF AMERICA,                    NO. CR 08-0200-2 MMC
10
          Plaintiff,              **STIPULATION AND** ~~**[PROPOSED]**~~
11                                **ORDER**
     v.
12
DELICIA MITCHELL,
13
          Defendant.
14 _____/

15      Defendant DELICIA MITCHELL and the United States hereby

16 stipulate that the stay away order in this case may be modified as

17 follows: On January 15, 2009 between the hours of 10:00 a.m. and

18 12:00 p.m.  Ms. Mitchell may attend the funeral service for her

19 cousin, Mary Smith, which will take place at Bryant Mortuary, 635

20 Fulton Street, San Francisco, California, 94115.

21      The modification is limited to the date, hours, and location

22 indicated above.

23

24

25

26

27

28                                    1

1  Date_____

2

   _/S/_____
3  BRENDAN CONROY
   Attorney for Defendant
4  DELICIA MITCHELL

5

6  _/S/_____
   ANDREW CAPUTO
7  Assistant United States Attorney

8

9

10      GOOD CAUSE APPEARING, the stay away order in this case is

11 modified as follows:  Ms. Mitchell may attend the funeral service

12 for her cousin, Mary Smith, on January 15, 2009 between the hours of

13 10:00 a.m. and 12:00 p.m at the Bryant Mortuary, 635 Fulton Street,

14 San Francisco, California, 94115.

15      The modification of the stay away order is limited to the date,

16 hours, and location set out above.

17 Date_ January 15, 2009

18

19

20 _____
   U.S. Magistrate Judge

21

22

23

24

25

26

27

28

                                  2